# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

CURTIS SPATHIAS,

    Plaintiff,

v.

DANIEL SCHULMAN, et al.,

    Defendants.

Case No. 5:25-cv-01007-BLF

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Jeffrey S. White for consideration of whether the case is related to *Sabol et al. v. PayPal Holdings, Inc. et al.*, Case No. 4:23-cv-05100-JSW (filed October 5, 2023).

**IT IS SO ORDERED.**

Dated: February 6, 2025

_____
BETH LABSON FREEMAN
United States District Judge