Ben M. Harrington (SBN 313877)
Abby R. Wolf (SBN 313049)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

Barbara A. Mahoney (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
barbaram@hbsslaw.com

Brian D. Clark (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com

Stephen J. Teti (*pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
265 Franklin St., Suite 1702
Boston, MA 02110
Telephone: (617) 456-7701
sjteti@locklaw.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| CHRISTIAN SABOL, SAMANTHA RUSSELL, LAURA MCKINNEY, CHELCIE BLAKE, GREGORY NOHRENBERG, and STEPHEN PHILLIPS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>Defendants. | Case No. 4:23-cv-5100-JSW<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES IN RESPONSE TO ORDER (ECF 92)**<br><br>Judge: Hon. Jeffrey S. White<br>Date:  March 27, 2026<br>Time: 9:00 AM |

Plaintiffs hereby submit the following supplemental authority in response to this Court's Notice of Questions for Hearing dated March 24, 2026 (ECF 92).

Plaintiffs may refer to this citation in response to the Court's Question No. 1:

- *In re Musical Instruments & Equip. Antitrust Litig.*, 798 F.3d 1186, 1193 n.3 (9th Cir. 2015).

DATED: March 26, 2026.                        Respectfully submitted,

                                              **HAGENS BERMAN SOBOL SHAPIRO LLP**

                                              By */s/ Ben M. Harrington*
                                                  Ben M. Harrington (SBN 313877)
                                                  Abby R. Wolf (SBN 313049)
                                              **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                              715 Hearst Avenue, Suite 300
                                              Berkeley, CA 94710
                                              Telephone: (510) 725-3000
                                              Facsimile: (510) 725-3001
                                              benh@hbsslaw.com
                                              abbyw@hbsslaw.com

                                              Barbara A. Mahoney (*pro hac vice*)
                                              **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                              1301 Second Avenue, Suite 2000
                                              Seattle, WA  98101
                                              Telephone:  (206) 623-7292
                                              Facsimile:  (206) 623-0594
                                              barbaram@hbsslaw.com

                                              Brian D. Clark (*pro hac vice*)
                                              **LOCKRIDGE GRINDAL NAUEN PLLP**
                                              100 Washington Avenue South, Suite 2200
                                              Minneapolis, MN 55401
                                              Telephone: (612) 339-6900
                                              Facsimile: (612) 339-0981
                                              bdclark@locklaw.com

                                              Stephen J. Teti (*pro hac vice*)
                                              **LOCKRIDGE GRINDAL NAUEN PLLP**
                                              265 Franklin St., Suite 1702
                                              Boston, MA 02110
                                              Telephone: (617) 456-7701
                                              sjteti@locklaw.com

                                              *Attorneys for Plaintiffs and the Proposed Class*

PLS.' NOTICE OF SUPP. AUTHORITIES - 1
Case No.: 4:23-cv-5100-JSW