UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**DATE**: March 27, 2026                    **TIME IN COURT**: 15 Minutes

**JUDGE**: JEFFREY S. WHITE             **COURT REPORTER**: Marla Knox
                                                            appearing by Zoom.gov.

**COURTROOM DEPUTY**: Nicole Hall

**CASE NO.**:  23-cv-05100-JSW

**TITLE**:  Christian Sabol, et al. v. PayPal Holdings, Inc., et al.

**COUNSEL FOR PLAINTIFF**:           **COUNSEL FOR DEFENDANT**:
Ben Harrington                                    Richard Schwed

**PROCEEDINGS**: Motion to Dismiss Second Amended Complaint, filed by PayPal Holdings, Inc., PayPal, Inc. at Docket. No. 82- HELD via Zoom.

**RESULTS**: The matter is argued and submitted. The Court takes the Motion under submission with a written decision to follow.